UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No. 15-02599-MD-MORENO
S.D. Fla. Case No. 18-21153-CV-MORENO

IN RE:

**TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION**

_____

THIS DOCUMENT RELATES TO
ECONOMIC LOSS TRACK CASES

_____

DANIEL DWINNELLS, individually and on
behalf of all others similarly situated,

       Plaintiff,
v.

FCA US LLC,

       Defendant.
_____/

**ORDER STAYING CASE, CLOSING CASE FOR STATISTICAL PURPOSES, AND
PLACING MATTER IN A CIVIL SUSPENSE FILE**

THIS CAUSE came before the Court upon a *sua sponte* review of the record. The Court notes that the above-captioned matter, **Case No. 18-21153-CV-MORENO**, involves substantially the same defendants and subject matter, and raises similar questions of law and fact, as **Case No. 14-24009-CV-MORENO**, also pending before this Court. Therefore, in the interests of judicial economy, it is

**ORDERED AND ADJUDGED** as follows:

(1) Case No. **18-21153-CV-MORENO** is **STAYED**;

(2) The Clerk of Court shall mark this cause as closed for statistical purposes and place this matter in a civil suspense file, while this Plaintiff's claims will proceed under the complaint already filed. If necessary, the Court will allow the complaint to be amended to include any claim not covered in the original complaint;

(3) The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition;

(4) All future pleadings shall be filed under both **Case No. 14-24009-CV-MORENO** and **Master File No. 15-02599-MD-MORENO**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 27 day of March 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record